UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

VICTOR ROBERT ZEPKA             CASE NO.: 19-26435-SMG
                                                          CHAPTER 13

        Debtors.
_____/

## MOTION FOR RELIEF FROM STAY AND CO-DEBTOR RELIEF
## TO ENFORCE CONSENT FINAL JUDGMENT OF FORECLOSURE
## RE: 615 NE 20TH STREET, WILTON MANORS, FL   33305

Comes Now, M.F. WARTEN (AKA, FREDRICK WARTEN) AS TRUSTEE, OF THE M.F. WARTEN 2012 CHARITABLE REMAINDER UNITRUST, DATED DECEMBER 19, 2012, the ("Movant"), by and through its undersigned attorneys, as and for its Motion for Relief from Stay and Co-Debtor Relief to Enforce Consent Final Judgment of Foreclosure, and states as follows:

      1.      The Court has jurisdiction over this matter pursuant to 11 U.S.C. Sections 362, 1301, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and laws of the United States of America.

      2.      The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on December 9, 2019.

      3.      On October 19, 2018, Secured Creditor commenced a foreclosure action in the Circuit Court of the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida, which action resulted in the entry of a Consent Final Judgment of Foreclosure against the Debtor on September 10, 2019, in the amount of $428,011.93 (the "Judgment"). A true and correct copy of the Judgment is attached hereto as **Exhibit A**. Said Judgment confirms Secured Creditor's

interest in the Debtor's Property located at **615 NE 20th Streeet, Wilton Manors, Fl 33305**, legally described as:

> A PORTION OF LOT 4, BLOCK 18, WILTON MANORS UNIT 1 AMENDED, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 15, PAGE 1, OF THE PUBLIC RECORDS OF BROWARD COUNTY FLORIDA, FORMERLY PLATTED AS FOLLOWS:
> LOT 11 AND 12, BLOCK 18, WILTON MANORS UNIT 1, ACCORIDNG TO THE PLAT THEREOF RECORDED IN PLAT BOOK 9, PAGE 2, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, LESS THAT PORTION OF SAID LOT 11 AND 12, DESCRIBED AS FOLLOWS
> COMMENCE AT A POINT WHICH IS THE SOUTHWESTERLY CORNER OF SAID LOT 12, BLOCK 18; THENCE NORTHWESTERLY ALONG THE WESTERLY LINE OF SAID LOT 12, 100 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE NORTHWESTERLY 25 FEET TO THE NORTHWESTERLY CORNER OF LOT 12 IN BLOCK 18; THENCE NORTHEASTERLY ALONG THE NORTHERLY LINE OF LOTS 11 AND 12, 100 FEET TO A POINT WHERE THE NORTHERLY LINE OF LOT 11 IN BLOCK 18 INTERSECTS WITH CANOOGA AVE. (NE 6TH TERR) 25 FEET; THENCE SOUTHEASTERLY ALONG THE WESTERLY LINE OF CANOOGA AVE. (NE 6TH TERR.) 25 FEET; THENCE SOUTHWESTERLY 100 FEET TO THE POINT OF BEGINNING.
> AKA 615 NE 20TH STREET, WILTON MANORS FL 33305

4. The value of the Property based on the valuation made by the Broward Property Appraiser, as set forth on **Exhibit B** attached hereto is $600,280.000.

5. That the subject property is not listed to be paid thru the Plan, and said plan has not yet been confirmed.

6. Secured Creditor is entitled to relief from the automatic stay under 11 U.S.C. Section 362 (d)(1) and/or 362 (d)(2) for this/these reasons:

(a) For cause, including Debtor's failure to provide adequate protection for Secured Creditor's interest in the Property due to Debtor's failure to pay the amount of the judgment. Secured Creditor's interest in the Property is being significantly jeopardized by the Debtor's failure to satisfy the Judgment while Secured Creditor is prohibited from pursuing lawful remedies to enforce such Judgment.

7. Secured Creditor is entitled to relief from the automatic stay under 11 U.S.C. Section 1301. On June 3, 2019, via a Quit-Claim Deed to Land Trust, Debtor transfer title to the

20-04476-1                                    2

subject property to **Zepka Land Trust No. 615, dated June 3, 2019**, and naming Candance Terry as Trustee. The aforementioned Quit-Claim Deed got recorded in the public records of Broward County on June 5, 2019, under Instrument No. 115849308.

8. Secured Creditor further requests that the Court Order entered pursuant to the instant Motion provided that all communications sent by Secured Creditor in connection with proceeding to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

9. Pursuant to 11 U.S.C. Section 362(e), Secured Creditor hereby requests that in the event a hearing is necessary, that said hearing be held within thirty (30) days.

10. Secured Creditor respectfully requests that the Court waive the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3), so that Secured creditor can pursue its *in rem* remedies without further delay.

11. Movant requests language in the order to reflect that it will survive any subsequent conversion of the case to another chapter.

12. A copy of the proposed order is attached hereto as Movant's **Exhibit C.**

13. The undersigned attempted to contact all adverse parties prior to filing this motion pursuant to Local Rule 9073-1 (D).

20-04476-1                                         3

**WHEREFORE,** Secured Creditor respectfully requests that the automatic stay be lifted as to the Debtor and Co-Debtor relief from automatic stay is granted so that Secured Creditor may be permitted to protect its security interest in the subject property outside of the bankruptcy forum, and for such other and further relief as the Court may deem just and proper.

*Respectfully submitted,*

DELUCA LAW GROUP, PLLC
*Attorney for Secured Creditor*
2101 NE 26th Street
Fort Lauderdale, FL 33305
Phone: (954) 368-1311
Fax: (954) 200-8649

/s/Antonio Alonso , ESQ.
aalonso@delucalawgroup.com
FBN: 50335

20-04476-1                                                             4

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Relief from Stay and Co-Debtor Relief to Enforce Consent Final Judgment of Foreclosure and attachments was served electronically or by U.S. mail, first-class postage prepaid this __26th__ day of __February__ 2020:

Mailing List

VICTOR ROBERT ZEPKA- DEBTOR
615 NE 20TH STREET
WILTON MANORS, FL  33305

SUSAN D. LASKY, ESQ.
320 SE 18TH STREET
FORT LAUDERDALE, FL  33316

ROBIN R. WEINER, TRUSTEE
POB 559007
FORT LAUDERDALE, FL  33355

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVENUE
SUITE 1204
MIAMI, FL  33130

                                                DELUCA LAW GROUP, PLLC
*Attorney for Secured Creditor*
2101 NE 26th Street
Fort Lauderdale, FL 33305
Phone: (954) 368-1311
Fax: (954) 200-8649

/s/Antonio Alonso , ESQ.
aalonso@delucalawgroup.com
FBN: 50335

20-04476-1                                                      5

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 9/10/2019 4:30:00 PM.****

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND FOR
BROWARD COUNTY, FLORIDA
CIVIL DIVISION
CASE NO.: CACE18022338

M.F. WARTEN (ALSO KNOWN AS FREDRICK
WARTEN) AS TRUSTEE OF THE M.F. WARTEN
2012 CHARITABLE REMAINDER UNITRUST
DATED DECEMBER 19, 2012,
    Plaintiff,
vs.
VICTOR ZEPKA; UNKNOWN SPOUSE OF
VICTOR ZEPKA; UNKNOWN TENANT #1 AND
UNKNOWN TENANT #2,
    Defendants.

Filed In Open Court
CLERK OF THE CIRCUIT COURT
ON SEP 10 2019
BY R. leg S.

**CONSENT FINAL JUDGMENT OF MORTGAGE FORECLOSURE**

THIS ACTION was tried before the Court for Non-Jury Trial on September 10, 2019. On the evidence presented
IT IS ADJUDGED that:

1. Plaintiff, M.F. WARTEN (ALSO KNOWN AS FREDRICK WARTEN) AS TRUSTEE OF THE M.F. WARTEN 2012 CHARITABLE REMAINDER UNITRUST DATED DECEMBER 19, 2012, is due:

| | | |
|---|---|---|
| Principal | $ | ~~369,468.70~~ 371,104.20 B.S. |
| Interest from 5/26/2018 to 09/10/2019 | $ | 29,004.18 |
| Escrow Advances: | | |
| Taxes | $ | 7,399.10 |
| Total Late Fees | $ | 3,594.45 |
| Attorney Fees & Costs | $ | 16,910.00 |
| TOTAL | $ | ~~426,376.43~~ 428,011.93 B.S. |

that shall bear interest at the rate of 6.77% a year

1.a. An interior inspection of the property shall take place within 10 days. B-S.
2. Plaintiff holds a lien for the total sum superior to all claims or estate of the defendant(s), on the following described property in Broward County, Florida:

**A PORTION OF LOT 4, BLOCK 18, WILTON MANORS UNIT 1 AMENDED, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 15, PAGE 1, OF THE PUBLIC RECORDS OF BROWARD COUNTY FLORIDA, FORMERLY PLATTED AS FOLLOWS:**

**LOT 11 AND 12, BLOCK 18, WILTON MANORS UNIT 1, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 9, PAGE 2, OF THE PUBLIC**

18-02622-F

EXH "A"

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 9/10/2019 4:30:00 PM.****

RECORDS OF BROWARD COUNTY, FLORIDA, LESS THAT PORTION OF SAID LOTS 11 AND 12, DESCRIBED AS FOLLOWS

COMMENCE AT A POINT WHICH IS THE SOUTHWESTERLY CORNER OF SAID LOT 12, BLOCK 18; THENCE NORTHWESTERLY ALONG THE WESTERLY LINE OF SAID LOT 12, 100 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE NORTHWESTERLY 25 FEET TO THE NORTHWESTERLY CORNER OF LOT 12 IN BLOCK 18; THENCE NORTHEASTERLY ALONG THE NORTHERLY LINE OF LOTS 11 AND 12, 100 FEET TO A POINT WHERE THE NORTHERLY LINE OF LOT 11 IN BLOCK 18 INTERSECTS WITH CANOOGA AVE. (NE 6TH TERR) 25 FEET; THENCE SOUTHEASTERLY ALONG THE WESTERLY LINE OF CANOOGA AVE. (NE 6TH TERR.) 25 FEET; THENCE SOUTHWESTERLY 100 FEET TO THE POINT OF BEGINNING.

**Property Address: 615 NE 20TH STREET, WILTON MANORS FL 33305**

3. If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the clerk of this court shall sell the property at public sale on the __10th__ day of __December__, 201**9**, to the highest bidder for cash, except as prescribed in paragraph 4, in accordance with section 45.031, Florida Statutes, by electronic sale beginning at 10:00 am online at www.broward.realforeclose.com.

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it as is necessary to pay the bid in full.

5. On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of the Plaintiff's costs; second, documentary stamps affixed to the Certificate; third, Plaintiff's attorney's fees; fourth, the total sum due the Plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further Order of this Court.

6. On filing the Certificate of Sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificate of title, the person named on the certificate of title shall be let into possession of the property.

7. The Court specifically reserves jurisdiction to enter further orders the Court deems just and proper to include, without limitation, the following: orders related to pursuit and entry of deficiency judgment, if Defendant has not been discharged in bankruptcy, or it is not prohibited by federal law or mutual settlement agreement; orders to correct any scrivener's errors in the final judgment; orders granting Plaintiff additional attorney's fees and costs;

18-02622-F

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 9/10/2019 4:30:00 PM.****

writs of possession; orders determining the amount and responsibility for assessments that may be due a condominium or homeowner's association pursuant to sections 718.116 or 720.3085 of the Florida Statues; orders arising out of re-foreclosure, to include permitting a supplemental complaint to add an interest-holder, omitted defendant, and/or; orders involving reformation of the mortgage instrument or deed to perfect title.

8. Plaintiff's Counsel, Deluca Law Group, PLLC, is entitled to bid on behalf of Plaintiff and the Clerk shall allow Deluca Law Group, PLLC, bidding rights at the foreclosure sale.

NOTICE PURSUANT TO SECTION 45.031, FLORIDA STATUTES.

IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.

IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, IF ANY, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN THE DATE THAT THE CLERK REPORTS THE FUNDS AS UNCLAIMED. IF YOU FAIL TO FILE A TIMELY CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOU RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, HOWARD FOREMAN, 201 S.E. 6TH STREET, FT. LAUDERDALE, FL 33301, 954-831-6938, WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION.

IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, INC, 491 NORTH STATE ROAD 7, PLANTATION, FL 33317, 954-765-8950 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT LEGAL AID SERVICE OF BROWARD COUNTY, INC, 491 NORTH STATE ROAD 7, PLANTATION, FL 33317, 954-765-8950 FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

ORDERED at BROWARD County Courthouse, Fort Lauderdale, Florida on this __10__ day of __September__, 2019

_____
Circuit Judge

Case No: CACE18022338
18-02622-F

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 9/10/2019 4:30:00 PM.****

Copies sent to:

DELUCA LAW GROUP, PLLC
2101 NE 26TH STREET
FORT LAUDERDALE, FL 33305
PHONE: (954) 368-1311|FAX: (954) 200-8649
DESIGNATED PRIMARY E-MAIL FOR SERVICE
PURSUANT TO FLA. R. JUD. ADMIN 2.516
service@delucalawgroup.com

## SERVICE LIST

Case No: CACE18022338

GEORGE CASTRATARO, ESQ.
LAW OFFICES OF GEORGE CASTRATARO, P.A.
ATTORNEY FOR VICTOR ZEPKA
707 NE 3RD AVENUE, SUITE 300
FORT LAUDERDALE, FLORIDA 33304
george@lawgc.com
aaron@lawgc.com
pleadings@lawgc.com
help@lawgc.com

UNKNOWN SPOUSE OF VICTOR ZEPKA N/K/A JANE DOE
615 NE 20TH ST
WILTON MANORS, FL 33305-2129

UNKNOWN TENANT #1 N/K/A JOHN DOE (REFUSED NAME)
615 NE 20TH ST
WILTON MANORS, FL 33305-2129

UNKNOWN TENANT #2 N/K/A JOHN DOE (REFUSED NAME)
615 NE 20TH ST
WILTON MANORS, FL 33305-2129

18-02622-F

Case 19-26435-SMG   Doc 37   Filed 02/27/20   Page 10 of 12



## PROPERTY SUMMARY

**Tax Year:** 2019
**Property Id:** 494226050050
**Property Owner/s:** ZEPKA, VICTOR
ZEPKA LAND TR
**Mailing Address:** 615 NE 20 ST WILTON MANORS, FL 33305
**Physical Address:** 615 NE 20 STREET WILTON MANORS, 33305

**Property Use:** 01 - Single family
**Millage Code:** 0912
**Adj. Bldg. S.F:** 3490
**Bldg Under Air S.F:** 3288
**Effective Year:** 1970
**Year Built:** 1962
**Units/Beds/Baths:** 1 / 4 / 3

**Deputy Appraiser:** Bret Peterson
**Contact Number:** 954-357-6831
**Email:** bpeterson@bcpa.net
**Zoning:** RS-5 - SINGLE FAMILY RESIDENTIAL
**Abbr. Legal Des.:** WILTON MANORS UNIT 1 AMD PLAT 15-1 B PT LOT 4 BLK 18 F/P/A LOT 11 LESS N 25,12 LESS N 25 BLK 18

## PROPERTY ASSESSMENT

| Year | Land | Building / Improvement | Agricultural Saving | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|---|
| 2019 | $148,250 | $452,030 | 0 | $600,280 | $410,800 | |
| 2018 | $148,250 | $452,030 | 0 | $600,280 | $401,570 | $7,589.70 |
| 2017 | $148,250 | $414,470 | 0 | $562,720 | $394,090 | $7,399.10 |

## EXEMPTIONS AND TAXING AUTHORITY INFORMATION

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $600,280 | $600,280 | $600,280 | $600,280 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed / SOH 13 | $410,800 | $410,800 | $410,800 | $410,800 |
| Granny Flat | | | | |
| Homestead 100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | $25,000 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exemption Type | 0 | 0 | 0 | 0 |
| Affordable Housing | 0 | 0 | 0 | 0 |
| Taxable | $360,800 | $385,800 | $360,800 | $360,800 |

## SALES HISTORY FOR THIS PARCEL

| Date | Type | Price | Book/Page or Cin |
|---|---|---|---|
| 06/03/2019 | Quit Claim Deed / Non-Sale Title Change | $100 | 115849308 |
| 09/25/2012 | Warranty Deed / Disqualified Sale | $350,000 | 49113 / 1312 |
| 05/31/2012 | Judgment Quieting Title / Non-Sale Title Change | | 48839 / 1043 |
| 01/26/2011 | Tax Deed / Disqualified Sale | $275,000 | 47674 / 1770 |
| 10/21/2005 | Personal Representatives Deed | $550,000 | 40986 / 582 |

## LAND CALCULATIONS

| Unit Price | Units | Type |
|---|---|---|
| $15.00 | 9,883 SqFt | Square Foot |

## RECENT SALES IN THIS SUBDIVISION

| Property ID | Date | Type | Qualified/ Disqualified | Price | CIN | Property Address |
|---|---|---|---|---|---|---|
| 494226051550 | 12/31/2019 | Warranty Deed | Qualified Sale | $930,000 | 116264620 | 316 NE 24 ST WILTON MANORS, FL 33305 |
| 494226052170 | 12/26/2019 | Warranty Deed | Qualified Sale | $325,000 | 116261696 | 2426 NE 6 AVE WILTON MANORS, FL 33305 |
| 494226050640 | 10/14/2019 | Warranty Deed | Qualified Sale | $344,800 | 116115661 | 805 NE 21 DR WILTON MANORS, FL 33305 |
| 494226050592 | 07/23/2019 | Warranty Deed | Qualified Sale | $700,000 | 115957156 | 840 NE 22 DR WILTON MANORS, FL 33305 |
| 494226050610 | 07/19/2019 | Warranty Deed | Qualified Sale | $278,000 | 115967358 | 835 NE 21 DR #1-2 WILTON MANORS, FL 33305 |

## SPECIAL ASSESSMENTS

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| Wilton Manors Fire Svcs (09) Residential (R) 1 | | | | | | | | |

## SCHOOL

**Wilton Manors Elementary:** A
**Sunrise Middle:** B
**Fort Lauderdale High:** A

## ELECTED OFFICIALS

| Property Appraiser | County Comm. District | County Comm. Name | US House Rep. District | US House Rep. Name |
|---|---|---|---|---|
| Marty Kiar | 7 | Tim Ryan | 22 | Ted Deutch |

| Florida House Rep. District | Florida House Rep. Name | Florida Senator District | Florida Senator Name | School Board Member |
|---|---|---|---|---|
| 94 | Bobby B Dubose | 34 | Gary M. Farmer Jr. | Heather P. Brinkworth |

EXH "B"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

VICTOR ROBERT ZEPKA,                    CASE NO.: 19-26435-SMG
                                        CHAPTER 13
        Debtors.
_____/

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR RELIEF

**THIS CASE** is before the Court on the Motion for Relief from Stay and Co-Debtor Relief to Enforce Consent Final Judgment of Foreclosure filed by M.F. WARTEN (AKA, FREDRICK WARTEN) AS TRUSTEE, OF THE M.F. WARTEN 2012 CHARITABLE REMAINEDER UNITRUST, DATED DECEMBER 19, 2012 ("Movant") on _____ (Docket No. ___).

**ORDERED**:

1. The Motion for Relief from Stay and Co-Debtor Relief to Enforce Consent Final Judgment of Foreclosure is **Granted**.

2. The Automatic Stay imposed by 11 U.S.C. Section 362, and 1301, is lifted as to Movant, and it may proceed with any available State Court remedies for the foreclosure of its lien and take possession the following property located at **615 NE 20th Streeet, Wilton Manors, Fl 33305** legally described as:

20-04476-1                              6

Exh "C"

A PORTION OF LOT 4, BLOCK 18, WILTON MANORS UNIT 1 AMENDED, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 15, PAGE 1, OF THE PUBLIC RECORDS OF BROWARD COUNTY FLORIDA, FORMERLY PLATTED AS FOLLOWS:

LOT 11 AND 12, BLOCK 18, WILTON MANORS UNIT 1, ACCORIDNG TO THE PLAT THEREOF RECORDED IN PLAT BOOK 9, PAGE 2, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, LESS THAT PORTION OF SAID LOT 11 AND 12, DESCRIBED AS FOLLOWS

COMMENCE AT A POINT WHICH IS THE SOUTHWESTERLY CORNER OF SAID LOT 12, BLOCK 18; THENCE NORTHWESTERLY ALONG THE WESTERLY LINE OF SAID LOT 12, 100 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE NORTHWESTERLY 25 FEET TO THE NORTHWESTERLY CORNER OF LOT 12 IN BLOCK 18; THENCE NORTHEASTERLY ALONG THE NORTHERLY LINE OF LOTS 11 AND 12, 100 FEET TO A POINT WHERE THE NORTHERLY LINE OF LOT 11 IN BLOCK 18 INTERSECTS WITH CANOOGA AVE. (NE 6TH TERR) 25 FEET; THENCE SOUTHEASTERLY ALONG THE WESTERLY LINE OF CANOOGA AVE. (NE 6TH TERR.) 25 FEET; THENCE SOUTHWESTERLY 100 FEET TO THE POINT OF BEGINNING.

AKA 615 NE 20TH STREET, WILTON MANORS FL 33305

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above. Movant shall not seek an *in personam* judgment against Debtor(s).

4. This order will survive any subsequent conversion of the case to another chapter under the Bankruptcy Code.

###

**Order submitted by:**
Antonio Alonso, Esq.
Attorney for Secured Creditor
DeLuca Law Group, PLLC
2101 NE 26th Street
Ft. Lauderdale, Fl 33305
Phone: (954) 368-1311
Fax: (954) 200-8649

*Antonio Alonso is directed to serve copies of this order on the parties listed and file a certificate of service within 3 days from entry of this order.*

20-04476-1                                7